## ATTACHMENT A-1
## DESCRIPTION OF LOCATION TO BE SEARCHED

**The business is located at** 324 4th Avenue, Tiffin, Ohio 44883 approximately 1 mile from Tiffin University in Seneca County. The building is a warehouse approximately 44,000 square feet with white concrete block walls and a gray corrugated façade. The building has multiple loading bays with an entry door located on the south side of the building.

