## ATTACHMENT A-2
### DESCRIPTION OF LOCATION TO BE SEARCHED

**The residence is located at** 212 E. North Street., Fostoria, Ohio 44830 which sits on E. North Street between Potter Street and Sandusky Street. The house is a two story, white home with siding and blue trim.

